■ HUGH D'ANGELO, Respondent, v. BRASLOW REALTY CORP., Appellant. — Motion by respondent for leave to appeal to this court from an order of the Appellate Term of the Supreme Court denied. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.

■ FANNIE NOTOW et al., Plaintiffs, v. GRETSCH BUILDING NUMBER FOUR, INC., Defendant and Third-Party Plaintiff-Appellant. MAINTENANCE CO., INC., Third-Party Defendant-Respondent.— Motion by defendant and third-party plaintiff for reargument or for leave to appeal to the Court of Appeals denied. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.

■ In the Matter of the Estate of MAY G. REED, Deceased. MURIEL G. CORNELL et al., Respondents; WILBERFORCE SULLY, JR., as Executor of MAY G. REED, Deceased, et al., Appellants.— Motion by appellants for reargument or for leave to appeal to the Court of Appeals denied. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of ARTHUR MCCOMB, Respondent, v. TOWN OF BROOK-HAVEN, Respondent. ELIZABETH LEEDS et al., Intervenors-Appellants.— Motion by intervenors-appellants for reargument or for leave to appeal to the Court of Appeals denied. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

## (January 16, 1963)

■ In the Matter of ESTELLE WEISMAN, Appellant, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect and be ready to argue or submit the appeal at the March Term, beginning March 4, 1963; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 11, 1963. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.